HILTON & DODGE LUMBER COMPANY *v.* BROWNING.

LEWIS, J.  Where the sole complaint in a petition for certiorari is that the verdict is contrary to the evidence, this court will not interfere with the discretion of the trial judge in overruling the certiorari when the evidence is conflicting on material issues in the case.

*Judgment affirmed.  All the Justices concurring.*

Submitted November 18,— Decided December 17, 1898.

Certiorari.  Before Judge Smith.  Montgomery superior court.  July 14, 1898.

*J. B. Geiger,* for plaintiff in error.
*Wooten & Wooten,* contra.

---

DANIELS *v.* LEONARD, survivor.

COBB, J.  When it is palpably apparent from the entire evidence in the record that the verdict was strongly and decidedly against the weight of the same and manifestly wrong, this court will not reverse a judgment granting a second new trial, although there may have been some evidence tending to support the verdict.  *Taylor* v. *Central Railroad Co.,* 79 *Ga.* 330; *Wood* v. *Lane,* 102 *Ga.* 199; *Davis* v. *Chaplin,* 102 *Ga.* 587.

*Judgment affirmed.  All the Justices concurring.*

Argued November 18,— Decided December 21, 1898.

Complaint.  Before Judge Spence.  Pulaski superior court.  August 9, 1898.

*J. H. Martin,* for plaintiff in error.
*W. L. & Warren Grice,* contra.